IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARVIN BRUCE NEER,

                Plaintiff,                              ORDER

            v.                                   12-cv-606-wmc

DOUG SHUPE,

                Defendant.

---

Plaintiff Marvin Neer has submitted a proposed complaint. He asks for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency. The factors for determining whether a plaintiff qualifies for indigent status are:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff has two dependents and receives $200 a month in food stamp benefits. Until February 2012, plaintiff had earned $4,400 from his Segway Tours business, which is no longer in operation. Because plaintiff's annual income is less than $16,000, he can proceed without any prepayment of fees or costs.

Accordingly, IT IS ORDERED that plaintiff Marvin Neer's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or

Copy of this document
provided to: PW
this 22 day of Aug, 2012
by CAK
C.A. Korth, Secretary to
Judge Stephen L. Crocker

seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, he should be sure to write the case number shown above on his communication.

Entered this 21st day of August, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge