IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARVIN BRUCE NEER,

    Plaintiff,                                     JUDGMENT IN A CIVIL CASE

v.                                                12-cv-606-wmc

DOUG SHUPE,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

    /s/                                                                    6/5/2013

Peter Oppeneer, Clerk of Court                          Date